STATE of Missouri, Plaintiff/Respondent,

v.

Gerald HASSEL, Defendant/Appellant.

No. 67942.

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 15, 1996.

Application to Transfer Denied
June 25, 1996.

Marsha Brady, Hillsboro, for appellant.

Robert G. Wilkins, Prosecuting Attorney, Cynthia A. Carle, Assistant Prosecuting Attorney, Jefferson County, Hillsboro, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

### ORDER

PER CURIAM.

Defendant appeals after he was convicted by a jury of two counts of third degree sexual abuse, § 566.120, RSMo Supp.1992. The court sentenced him in accordance with the jury's assessment to consecutive county jail terms of six months on each count and imposed a $500 fine for each count. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).